## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LEON THOMAS, | ) Case No.: 1:13-cv-2776 |
| Plaintiff, | ) |
| v. | ) |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LEON THOMAS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Dave Tannehill
Dave Tannehill, Esq.
Attorney for Plaintiff
Ohio Registration No. 0083968
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, OH 44133
Telephone: (323) 988-2400
Fax: (866) 425-3459
dtannehill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Defendant by using the CM/ECF System

/s/ Dave Tannehill
Dave Tannehill
Attorney for Plaintiff