IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
LEON THOMAS,                                            : CASE NO. 1:13 CV 2776
                                                        :
                         Plaintiff,                     :
                                                        :
              -vs-                                      :
                                                        :
                                                        :
GC SERVICES, LP                                         :
                                                        : ORDER OF DISMISSAL
                         Defendant.                     :
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on the plaintiff's notice of voluntary dismissal without prejudice. (Doc. 10). Pursuant to Federal Rule 41(a)(1)(A)(i), this matter is hereby dismissed without prejudice.

IT IS SO ORDERED.

    /s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 9 July 2014